## Commonwealth *v.* Barnes, Appellant.

Argued November 11, 1969. *Michael J. Wherry,* for appellant; *Joseph J. Nelson,* First Assistant District Attorney, with him *Edward*

*M. Bell,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.